No. 15,569.

MARLAR, DOING BUSINESS AS BILL'S CAB COMPANY ET AL. *v.* SAUL, INDIVIDUALLY, AND AS ASSIGNEE OF THE AMERICAN INDEMNITY COMPANY.

(154 P. [2d] 1006)

Decided January 2, 1945.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. JOHN F. MUELLER, for plaintiffs in error.

MARGARET R. BATES, for defendant in error.